IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROSE M. SUMMITT**                                                                                   **PLAINTIFF**

VS.                              No. 3:24-cv-00242 LPR/PSH

**MARTIN O'MALLEY,**[1]
**COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION**                                                       **DEFENDANT**

**ORDER**

The application to proceed *in forma pauperis* is granted. (Doc. No. 1). The applicant may proceed without prepayment of fees and costs or the necessity of giving security therefor.

IT IS SO ORDERED this 6th day of January, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk is directed to change the name of the defendant to Martin O'Malley, the current Commissioner of the Social Security Administration. Fed. R. Civ. P. 25.