# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ROSE M. SUMMITT**                                                                                    **PLAINTIFF**

**VS.**                                            **No. 3:24-cv-00242 PSH**

**LELAND DUDEK,[1]**
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                                   **DEFENDANT**

### ORDER

The defendant's motion for extension of time to file brief (Doc. No. 10) is granted, and he is directed to file the pleading on or before May 21, 2025.

IT IS SO ORDERED this 21st day of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk is directed to change the name of the defendant to Leland Dudek, acting Commissioner of the Social Security Administration.  Fed. R. Civ. P. 25.