IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROSE M. SUMMITT**                                                                                      **PLAINTIFF**

VS.                                            No. 3:24-cv-00242 PSH

**LELAND DUDEK,**[1] **Acting Commissioner,**
    **Social Security Administration**                                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of June, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Leland Dudek became the acting Commissioner of Social Security in February 2025, and the Clerk is directed to substitute Dudek as the defendant. Fed.R.Civ.P. 25(d).

1